IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL ANGEL VELASQUEZ a/k/a "OUTLAW"
2. RAUL ESCAMILL-ARREGUIN
3. FRANCISCO EUGENIO CHAVEZ a/k/a "PANCHO"
4. ALFREDO ESCAMILLA-ARREGUIN
5. FRANCISCO VALENCIA-ARIAS a/k/a "KIKI"
6. TOMI JOEL VELASQUEZ a/k/a "SEPEDA"
7. JESSICA REHLING
8. GREGORY TRAMMELL
9. FLAVIO VILLALVA
10. VERONICA GRANADOS a/k/a "VERO"
11. TRAVIS BOB
12. JANA STRIBLING
13. SOFIA MARTINEZ

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY DAVID M. EBEL**

THIS MATTER is scheduled for a Status Conference on Tuesday, May 11, 2010, at 10:00 a.m., in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado.

In the event Defendant(s) do(es) not wish to attend this conference, counsel for Defendant(s) shall file a waiver signed by the relevant Defendant waiving the right to be present at the conference.

    DATED:    May 4, 2010