**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  10-cr-00220-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. MIGUEL ANGEL VELASQUEZ, also known as "OUTLAW,"
2. RAUL ESCAMILLA-ARREGUIN,
3. FRANCISCO EUGENIO CHAVEZ, also known as "PANCHO,"
4. ALFREDO ESCAMILLA-ARREGUIN,
5. FRANCISCO VALENCIA-ARIAS, also known as "KIKI,"
6. TOMI JOEL VELASQUEZ, also known as "SEPEDA,"
7. JESSICA REHLING,
8. GREGORY TRAMMELL,
9. FLAVIO VILLALVA,
10. VERONICA GRANADOS, also known as "VERO,"
11. TRAVIS BOB,
12. JANA STRIBLING,
13. SOFIA MARTINEZ,

       Defendants.

---

## ORDER

---

During the motions hearing held before the Court on November 12, 2010, the Court ordered the Government to produce to the Court the grand jury transcripts (Doc. 291), in order to assist the Court in ruling on the motion filed by Miguel Velasquez (1) for a bill of particulars as to Count One (Doc. 118).  This order was based upon the Government's argument, in part, that the Court should deny Velasquez's motion for a bill of particulars in light of the specificity of information regarding Count One provided in

the grand jury transcripts that had already been turned over to him. The Court cannot rule on Velasquez's motion until the Government produces to the Court the grand jury transcripts as ordered.

Therefore, it is (again) ordered that the Government produce to the Court those portions of the grand jury transcripts which the Government believes provided Velasquez with sufficient information that would obviate the need for a bill of particulars as to Count One. The Government shall produce those transcripts to the Court no later than Wednesday, December 22, 2010.

If either the Government or Defendant Miguel Velasquez wish to provide the Court with further briefing on this motion, in light of the submission of these transcripts to the Court, the parties may, but are not required to, file supplemental briefs, also by December 22, 2010. Such briefs may not exceed five pages.

The Government shall submit the grand jury transcripts to the Court under seal.

Dated this   6th   day of    December   , 2010.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE