IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No: 10-cr-000220-DME


UNITED STATES OF AMERICA,

  Plaintiff,

v.


1.  MIGUEL ANGEL VELASQUEZ, a/k/a "OUTLAW",
2.  RAUL ESCAMILLA-ARREGUIN,
3.  FRANCISCO EUGENIO CHAVEZ, a/k/a "PANCHO",
4.  ALFREDO ESCAMILLA-ARREGUIN,
5.  FRANCISCO VALENCIA-ARIAS, a/k/a "KIKI",
6.  TOMI JOEL VELASQUEZ, a/k/a "SEPEDA"
7.  JESSICA REHLING,
8.  GREGORY TRAMMELL,
9.  FLAVIO VILLALVA,
10.  VERONICA GRANADOS, a/k/a "VERO"
11.  TRAVIS BOB,
12.  JANA STRIBLING,
13.  SOFIA MARTINEZ,

  Defendants.

---

**ORDER AMENDING FILING DEADLINES**

---

The filing deadline of today, February 1, 2011, at 3:00 p.m. for the parties to

submit lists of witnesses, exhibits, jury instructions, and voir dire questions and a

certification regarding settlement efforts is hereby suspended.   A new filing deadline for

all of these materials will be set by the Court after the motions hearing and Final Trial

Preparation Conference scheduled for Friday, February 4, 2011, at 1:00 p.m.

DONE AND SIGNED this 1st day of February, 2011.


BY THE COURT:


_s/ David M. Ebel_
U.S. CIRCUIT COURT JUDGE